UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP FARAONE, on behalf of himself and those similarly situated, 749 Windsor-Perrineville Road, East Windsor, NJ 08520,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY NATIONAL BANK, 1455 Valley Road, Wayne, NJ 07470,<br><br>    Defendant. | Case No.: 2:16-cv-06575 |

Plaintiff Philip Faraone, individually and on behalf of those similarly situated, ("Plaintiff") and defendant Valley National Bank ("Defendant"), by and through their respective attorneys of record, stipulate and agree that the Complaint against Defendant is dismissed with prejudice, each party to bear his/her/its own costs and attorneys' fees.

/s/ Christina A. Stoneburner
Christina A. Stoneburner
FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ 07960
Telephone: (973) 994-9200
Email: cstoneburner@foxrothschild.com
*Attorneys for Defendant Valley National Bank*

/s/ Matthew Miller
Matthew Miller
SWARTZ SWIDLER, LLC
Attorneys-at-Law
1101 Kings Hwy N., Suite 402
Cherry Hill, New Jersey 08034
Telephone: (856) 685-7420
Email: mmiller@swartz-legal.com
*Attorneys for Plaintiff Philip Faraone*

Date: August 18, 2017

So Ordered:

_____  8/18/17
Judge John Michael Vazquez, U.S.D.J.   Date

1

49671110